# 508

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43372 the tape measures in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.

No. 47136.—Protest 774752–G of Sprouse Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. From the uncontradicted evidence it was found that the pencil sharpeners in question are the same as those the subject of Abstract 46273. Following that decision the claim at 40 percent under paragraph 339 was sustained.

No. 47137.—Protest 871636–G of Sprouse Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. From the uncontradicted evidence it was found that the pencil sharpeners in question are the same as those the subject of Abstract 46273. Following that decision the claim at 40 percent under paragraph 339 was sustained.

No. 47138.—Protest 894180–G of Sprouse Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. From the uncontradicted evidence it was found that the pencil sharpeners in question are the same as those the subject of Abstract 46273. Following that decision the claim at 40 percent under paragraph 339 was sustained.

No. 47139.—Protest 894007–G of Sprouse Reitz Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 43374 the salt and pepper shakers and antimony dogs in question were held dutiable as table or household utensils at 40 percent under paragraph 339 as claimed.

No. 47140.—Protests 72614–K, etc., of Saji Trading Co., Ltd. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Sugar and creamers, paperweights, trays, salt and peppers, etc., chiefly used in the kitchen or household or on the table for utilitarian purposes, at 40 percent under paragraph 339, following Abstracts 45228 and 45230; (2) sugar and creamers, paperweights, trays, salt and peppers, etc., chiefly used in the kitchen or household or on the table for utilitarian purposes, at 50 percent under paragraph 339 as table or household utensils plated with silver, United States v. Friedlaender (21 C. C. P. A. 103, T. D. 46445) and Abstract 43521 followed; (3) trays composed in chief value of metal, not plated, at 60 percent under paragraph 1552, as smokers' articles. Abstract